# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Lee Coleman,<br><br>              Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>              Respondents. | No. CV-14-02432-PHX-PGR<br><br>**ORDER** |

      The Court having reviewed de novo the Report and Recommendation (Doc. 9) of Magistrate Judge John Z. Boyle, filed on December 15, 2015, notwithstanding that no party has filed an objection to the Report and Recommendation,

      IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 9) is accepted and adopted by the Court.

      IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is Denied and that this action is dismissed with prejudice. The Clerk of the Court shall enter judgment accordingly.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that no certificate of appealability shall be issued and that the petitioner is not entitled to appeal *in forma pauperis* because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 12th day of April, 2016.

Paul G. Rosenblatt
United States District Judge